UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

QUENTAVIOUS PRICE,

        Defendant.
_____

24-CR-38-LJV-JJM
DECISION & ORDER

    1.    On November 20, 2024, the defendant, Quentavious Price, pleaded guilty to Counts 1 and 2 of the indictment charging a violation of Title 18, United States Code, Section 1349 (conspiracy to commit bank fraud) and Title 18, United States Code, Section 1028A(a)(1) (aggravated identity theft).  Docket Item 56.

    2.    On November 20, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 57.

    3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

    4.    This Court has carefully reviewed de novo Judge McCarthy's Report & Recommendation (Docket Item 57), the indictment (Docket Item 1), a transcript of the plea proceeding (Docket Item 63), and the applicable law.  This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the defendant's plea of guilty

be accepted and that the defendant be adjudged guilty of counts 1 and 2 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's November 20, 2024 Report & Recommendation, Docket Item 57, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Quentavious Price is now adjudged guilty under Title 18, United States Code, Section 1349 and Title 18, United States Code, Section 1028A(a)(1).

SO ORDERED.

Dated:  February 13, 2025
        Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE